# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) SALLEY STOREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-CV-726-JHP-TLW |
| ) | |
| (1) STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, a/k/a and/or d/b/a ) | |
| STATE FARM MUT AUTO INS CO, a/k/a ) | |
| and/or d/b/a STATE FARM INSURANCE ) | |
| COMPANY, a/k/a and/or d/b/a STATE FARM, ) | |
| a foreign property and casualty insurance ) | |
| company; et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the *Federal Rules of Civil Procedure* the Plaintiff dismisses her causes of action against State Farm Mutual Automobile Insurance Company, with prejudice. This filing dismisses all parties and claims in this case, concluding this matter in its entirety.

Respectfully submitted,

/s/ Samuel T Perrine
John Paul Truskett, OBA #20550
Samuel T. Perrine, OBA # 32165
Truskett Law Firm PLLC
2202 E. 49th St. Ste 400
Tulsa, OK 74105
(918)-392-5444 - Telephone
(918)-856-3676 - Facsimile
john@truskettlaw.com
*Attorneys for Plaintiff*

s/ Andrew Wakeman
Andrew G. Wakeman, OBA # 21393
Atkinson, Haskins
525 South Main, Suite 1500
Tulsa, OK 74103
Tele:  (918) 582-8877
Fax:   (918) 585-8096
jgladd@ahn-law.com
awakeman@ahn-law.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

       This is to certify that on 09/19/16, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Mr. John S. Gladd
Mr. Andrew G. Wakeman
Atkinson, Haskins
525 South Main, Suite 1500
Tulsa, OK 74103
Tele:   (918) 582-8877
Fax:    (918) 585-8096
jgladd@ahn-law.com
awakeman@ahn-law.com

                                            /s/ Samuel T Perrine_____